**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5371-17T4

TONNESHA KIDD,

     Complainant-Appellant,

v.

BUTTONWOOD BEHAVIORAL
HEALTH HOSPITAL,

     Respondent-Respondent.

_____

Submitted December 16, 2020 – Decided January 07, 2021

Before Judges Sumners and Mitterhoff.

On appeal from the New Jersey Division on Civil Rights.

Tonnesha Kidd, appellant pro se.

Littler Mendelson, PC, attorneys for respondent Buttonwood Behavioral Health Hospital (Scott C. Silverman, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent New Jersey Division on Civil Rights (Megan J. Harris, Deputy Attorney General, on the statement in lieu of brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5371-17T4